STATE OF MONTANA,

Plaintiff,                                    NO. DC-91-097(A)

vs.                                               DECISION

DOMINIC LEE,

Defendant.

On September 9, 1992, the Defendant was sentenced to fifteen (15) years with nine (9) years suspended for the revocation of Forgery, a Felony Common Scheme. The Defendant is given credit for eighty-two (82) days time served. The sentence shall be served consecutively to the sentence imposed in DC-92-047(A).

On March 11, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Michelle Maltese, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 11th day of March, 1993.

Hon. Thomas McKittrick, Chairman, Hon. John Warner, and
Hon. James Purcell, Judges

The Sentence Review Board wishes to thank Michelle Maltese, Legal Intern from the Montana Defender Project for her assistance to the defendant and to this Court.